**Electronically Filed
Intermediate Court of Appeals
CAAP-20-0000389
03-JUN-2020
09:04 AM**

NO. CAAP-20-0000389


IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI


ANTHONY LE, Petitioner-Appellant, v.
STATE OF HAWAIʻI, Respondent-Appellee


APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CASE NO. 1PR191000004 (CR. NO. 1PC151001009))


ORDER
DISMISSING APPEAL FOR LACK OF APPELLATE JURISDICTION
AND
DISMISSING ALL PENDING MOTIONS AS MOOT
(By: Ginoza, Chief Judge, Leonard and Wadsworth, JJ.)

Upon review of the record, it appears that we lack jurisdiction over the appeal that Petitioner-Appellant Anthony Le (Le), self-represented, has asserted from the December 24, 2019 order denying Le's petition for post-conviction relief pursuant to Rule 40 of the Hawaiʻi Rules of Penal Procedure (HRPP) (Order Denying Rule 40 Petition) in S.P.P. No. 1PR191000004, because the appeal is untimely under Rule 4(b) of the Hawaiʻi Rules of Appellate Procedure (HRAP).

"[P]ursuant to HRAP Rule 4(b), an appeal from an order denying post-conviction relief must either be filed within thirty days after the entry of the order denying the HRPP Rule 40 petition or, in the alternative, after the announcement but before the entry of the order." Grattafiori v. State, 79 Hawaiʻi 10, 13, 897 P.2d 937, 940 (1995). Under similar circumstances, the Supreme Court of Hawaiʻi has held that, when a self-

represented prisoner attempts to assert an appeal, the "notice of appeal is deemed filed for purposes of [HRAP] Rule 4(a) on the day it is tendered to prison officials by a pro se prisoner." Setala v. J.C. Penney Company, 97 Hawaiʻi 484, 485, 40 P.3d 886, 887 (2002) (internal quotation marks omitted).

Here, HRAP Rule 4(b) provides the controlling time period for filing a notice of appeal, and the holding in Setala controls when the notice of appeal is deemed filed.  Contrary to the thirty-day time limitation under HRAP Rule 4(b)(1), Le did not tender his notice of appeal, which bears a signature date of May 18, 2020, within thirty days after entry of the December 24, 2019 Order Denying Rule 40 Petition.  Therefore, Le's appeal is not timely.  Accordingly,

IT IS HEREBY ORDERED that appellate court case number CAAP-20-0000389 is dismissed for lack of appellate jurisdiction.

IT IS FURTHER HEREBY ORDERED that all pending motions in CAAP-20-0000389 are dismissed as moot.

DATED:  Honolulu, Hawaiʻi, June 3, 2020.

/s/ Lisa M. Ginoza
Chief Judge

/s/ Katherine G. Leonard
Associate Judge

/s/ Clyde J. Wadsworth
Associate Judge